Received
2023 AUG 21 PM 2:04
CLERK
U.S. DISTRICT COURT

Name: Constantino Cuara R.
Address: 4207 West 5655 South Kearns UT 84118
Telephone: 385 488 6563

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

Constantino Cuara R.
(Full Name)
PLAINTIFF

vs.

Vanguard Group Inc.
DigiCert, Clearlake Capital
Group and TA Associates
Copyright office
DEFENDANTS
USPTO. United States
Patent and Trademark office
National Institute of Mental Health (NIMH)

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 2:23-cv-00543
Assigned To : Bennett, Jared C.
Assign. Date : 8/21/2023
Description: Cuara v Vanguard Group
et al

## A. JURISDICTION

1.  Jurisdiction is proper in this court according to: American Psychiatric Association

    a. ✓ 42 U.S.C. §1983
    b. ✓ 42 U.S.C. §1985
    c. ✓ Other (Please Specify) _____

2.  NAME OF PLAINTIFF Constantino Cuara R.
    IS A CITIZEN OF THE STATE OF SLC UT US

    PRESENT MAILING ADDRESS: 4207 W. 5655 S.
    Kearns UT 84118

3.  NAME OF FIRST DEFENDANT *Vanguard Group Inc.*
    IS A CITIZEN OF *SLC  UT US*
    (City and State)

    IS EMPLOYED AS *USA gov -* at *SLC UT US*
    (Position and Title if Any)  (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES ✓ NO___. If your answer is "YES" briefly explain.

    *Color of law refer to the appearance of legal authority, Or an apparetly legal right that may not exist*

4.  NAME OF SECOND DEFENDANT *DigiCert, clearlake Capital*
    (If applicable) *Group and TA Associates*

    IS A CITIZEN OF *SLC  UT  US*
    (City and State)

    IS EMPLOYED AS *USA gov* at *SLC UT US*
    (Position and Title if Any)  (Organization)
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES ✓ NO___. If your answer is "YES" briefly explain.

    *Same  Above*

5.  NAME OF THIRD DEFENDANT *Copyright Office*
    (If applicable)

    IS A CITIZEN OF *USA*
    (City and State)
    IS EMPLOYED AS *USA gov -* at *USA*
    (Position and Title if Any)  (Organization)

Case 2:23-cv-00543-RJS     Document 2     Filed 08/21/23     PageID.9     Page 3 of 7

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ⅃/ NO___. If your answer is "YES" briefly explain.

_Same Above_

6.  NAME OF FOURTH DEFENDANT _USPTO. United States Patent_
    (If applicable) _and Trademark office, National Institute of_
    _Mental Health (NIMH), American Psychiatric Association_
    IS A CITIZEN OF _USA_
    _____ (city and State)

    IS EMPLOYED AS _USA gov_ at _USA_.
    (Position and Title if Any)    (Organization)

    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES ⅃/ NO___. If your answer is "YES" briefly explain.

    _Same Above_

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

I.  Why are you bringing this case to court? Please explain the circumstances that led to the problem.

_I'm the owner of all trademarks of United_
_states federal and states entities, under_
_sha 256 fingerprint hereditary blood, malicious_
_and miscounduct, Hatch, Act 5 U.S.C. 7323(a)_
_and 7324 (a) KKK Act_
_42 U.S.C. Section 1983_

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count I: _Vanguard Group Inc._

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

18 U.S.C. 1031 major fraud against the United States of America, 18 U.S.C. section 1030 fraud of computers, 18 U.S.C. 2-239 pyramid scheme promotional scheme penal code section 327, 18 U.S.C Code 1348 securities and commodities fraud 18 U.S.C Code section 2381 federal crime of treason "RICO" charges

b. (1) Count II: _Digicert, Cheadlake Capital Group and TA Associates_

(2) Supporting Facts: III: Copyright Office IV: USPTO, United States patent and Trademark office ⌀V: National Institutes of Mental Health (NIMH) VI: American Psychiatric Association

c. (1) Count III: _____

(2)   Supporting Facts: _____

_____

*Same Above* _____

_____

_____

## D. INJURY

1.   How have you been injured by the actions of the defendant(s)?

*Mental Diseases*

*death* _____

*"WE US OUR"* _____

_____

_____

_____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.   Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a.       Parties to previous lawsuit:

            Plaintiff(s): _____

            Defendant(s): _____

   b.   Name of court and case or docket number: _____

c.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

d.    Issues raised: _____

_____

_____

e.    When did you file the lawsuit? _____
                                                           Date      Month     Year

f.    When was it (will it be) decided? _____

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO _____. If your answer is "YES" briefly describe how relief was sought and the results.   If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.    I believe that I am entitled to the following relief:

*Damages Unspecified*

_____

_____

_____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _SLC   UT_ on _08/21/_ 20_23_.
          (Location)            (Date)

_____
Signature