Government Root

Certification Authority

Certificado de Seguridad

Unidad Organizativa

Numero de Serie:

1F:9D:59:5A:D7:2F:C2:06:44:A5:80:08:69:E3:5E:F6

Validez

Emitido:

5 dic 2002

Expira el: 5 dic 2032

Huellas digitales

Sha-256

76:00:29:5E:EF:E8:5B:9E:1F:D6:24:DB:76:06:2A:AA:AE:59:81:8A

54:D2:77:4C:D4:C0:B2:C0:11:31:E1:B3

Huellas digitales Sha 1

F4:8B:11:BF:DE:AB:BE

94:54:20:71:E6:41:DE:6B:BE:88:2B:40:B9

# Vanguard®

## Confirmation of new account

Thank you for investing with Vanguard. Please review the information provided in this confirmation. If you need to make a correction or have a question about your account, contact us.

### Account owner

| | |
|---|---|
| Registration name | CONSTANTINO CUARA RODRIGUEZ |
| Primary owner birth date | 05/23/1977 |
| Daytime phone | 385-488-6563 |
| Evening phone | -- |
| Citizenship | US Citizen |
| Email | GUARACONSTANTINO679@GMAIL.COM |

### Employment: Constantino Cuara Rodriguez

| | |
|---|---|
| Employment status | Employed |
| Employer name | Government CA |
| Occupation | Government CA |
| Associated person? | No |

### Vanguard Brokerage Account(s)

| | |
|---|---|
| Individual account | Brokerage account - 22579269 |
| Sweep Program | VMFXX Federal Money Mkt Fund |

### Dividends/Capital gains

| | |
|---|---|
| Option | Reinvest |

| | |
|---|---|
| Individual account(s) | Brokerage account - 22579269 |

- The dividend and capital gains option shown above is your account default election for all eligible holdings. To customize your option for specific holdings, log on to your Vanguard account.

### Financial profile

| | |
|---|---|
| Annual income | Less than $20,000 |
| Liquid net worth | $1,000,000 or above |