FILED
2023 AUG 21
CLERK
U.S. DISTRICT COURT

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **CONSTANTINO CUARA R.,** | **ORDER** |
| **Plaintiff,** | |
| **v.** | **Case No. 2:23-cv-00543-JCB** |
| **VANGUARD GROUP, INC.; DIGICERT; CLEARLAKE CAPITAL GROUP AND TA ASSOCIATES; COPYRIGHT OFFICE; USPTO UNITED STATES PATENT AND TRADEMARK OFFICE; NATIONAL INSTITUTE OF MENTAL HEALTH; and AMERICAN PSYCHIATRIC ASSOCIATION,** | **Magistrate Judge Jared C. Bennett** |
| **Defendants.** | |

Before the court is Plaintiff's motion to proceed in forma pauperis.[1] Based upon the court's consideration of the motion, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED:

1.    The court will screen this action under 28 U.S.C. § 1915(e)(2) and DUCivR 3-2(b).

2.    The time to serve the complaint is tolled until further order of the court.

3.    If this action is allowed to proceed, the court will order service of process on Defendant(s).

---

[1] ECF No. 1.

4.    Plaintiff must not file any motions or other documents during the time this action

is screened or until the court orders otherwise. However, Plaintiff may file court

forms (e.g., the email filing and electronic notification form for unrepresented

parties and the consent to jurisdiction of a Magistrate Judge form).

IT IS SO ORDERED.

DATED this 21st day of August 2023.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge