Case 2:23-cv-00543-RJS   Document 4   Filed 08/21/23   PageID.20   Page 1 of 7

Received
2023 AUG 21 PM 2:04
CLERK
U.S. DISTRICT COURT

FILED
2023 AUG 21
CLERK
U.S. DISTRICT COURT

Name: Constantino Cuara R.
Address: 4207 West 5655 South Kearns UT 84118
Telephone: 385 488 6563

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

Constantino Cuara R.
(Full Name)
PLAINTIFF

vs.

Vanguard Group Inc.
Digicert, Clearlake Capital
Group and TA Associates
Copyright office
USPTO. United States
Patent and Trademark office
National Institute of Mental Health (NIMH)
American Psychiatric Association
DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 2:23-cv-00543
Assigned To : Bennett, Jared C.
Assign. Date : 8/21/2023
Description: Cuara v Vanguard Group et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to: American Psychiatric Association

    a. ✓ 42 U.S.C. §1983
    b. ✓ 42 U.S.C. §1985
    c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Constantino Cuara R.
   IS A CITIZEN OF THE STATE OF SLC UT US

   PRESENT MAILING ADDRESS: 4207 W. 5655 S.
   Kearns UT 84118

3. NAME OF FIRST DEFENDANT Vanguard Group Inc.
IS A CITIZEN OF SLC UT US
(City and State)

IS EMPLOYED AS USA gov - at SLC UT US
(Position and Title if Any) (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

Color of law refer to the appearance of legal authority, Or an apparetly legal right that may not exist

4. NAME OF SECOND DEFENDANT Digicert clearlake Capital
(If applicable) Group and TA Associates
IS A CITIZEN OF SLC UT US
(City and State)

IS EMPLOYED AS USA gov at SLC UT US
(Position and Title if Any) (Organization)
Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

Same Above

5. NAME OF THIRD DEFENDANT Copyright office
(If applicable)

IS A CITIZEN OF USA
(City and State)
IS EMPLOYED AS USA gov - at USA.
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

_Same Above_

6. NAME OF FOURTH DEFENDANT **USPTO. United States Patent and Trademark Office, National Institute of Mental Health (NIMH), American Psychiatric Association**
(If applicable)

IS A CITIZEN OF **USA**
(city and state)

IS EMPLOYED AS **USA.gov** at **USA**.
(Position and Title if Any)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO___. If your answer is "YES" briefly explain.

_Same Above_

(Use additional sheets of paper if necessary.)

### B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

I'm the owner of all trademarks of United States federal and states entities, under sha 256 fingerprint hereditary blood, malicious and misconduct, Hatch Act 5 U.S.C. 7323(a) and 7324(a) KKK Act 42 U.S.C. section 1983

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: **Vanguard Group Inc.**

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   18 U.S.C. 1031 major fraud against the United States of America, 18 U.S.C. section 1030 fraud of computers, 18 U.S.C. 2-239 pyramid scheme promotional scheme penal code section 327, 18 U.S.C Code 1348 securities and commodities fraud 18 U.S.C code section 2381 federal crime of treason "RICO" charges

   b. (1) Count II: **DigiCert, Cheallake Capital Group and TA Associates**

   (2) Supporting Facts: III: Copyright Office
   IV: USPTO, United States patent and Trademark office
   V: National Institutes of Mental Health (NIMH)
   VI: American Psychiatric Association

   c. (1) Count III: ~~~~

(2) Supporting Facts: _____

_____

_Same Above_

_____

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

   _Mental Diseases_
   _death_
   _" WE US OUR "_

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES____ / NO ____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a.   Parties to previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

   b.   Name of court and case or docket number: _____

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

_____

e. When did you file the lawsuit? _____
   Date   Month   Year

f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

   *Damages Unspecified*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at __SLC   UT__ on __08/21/__ 20__23__.
  (Location)              (Date)

_____
Signature